OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** August 19, 2021   **Time:** 1:41 - 2:05 = 24 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-06469-EMC   **Case Name:** Dali Wireless, Inc. v. Corning Optical Communications LLC

**Attorneys for Plaintiff:** Steve Skelley, Brian Smith
**Attorneys for Defendant:** Yuri Mikulka, Mike Newton, Ross Barton, Caleb Bean

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Marla Knox

**PROCEEDINGS HELD BY ZOOM WEBINAR**

[84] Motion for Judgment on Pleadings held.

**SUMMARY**

Parties stated appearances and proffered argument.

For reasons stated on the record, Court grants motion with leave to amend complaint in 30 days.