Michael J. Newton (State Bar No. 156225)
Katherine G. Rubschlager (State Bar No. 328100)
**ALSTON & BIRD LLP**
1950 University Ave, Suite 430
East Palo Alto, CA 94303
Telephone:     (650) 838-2000
Facsimile:      (650) 838-2001
mike.newton@alston.com
katerine.rubschlager@alston.com

Yuri Mikulka (State Bar No. 185926)
Caleb J. Bean (State Bar No. 299751)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone:   (213) 576-1000
Facsimile:    (213) 576-1100
yuri.mikulka@alston.com
caleb.bean@alston.com

*Attorneys for Defendant*
*Corning Optical Communications LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Dali Wireless, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Corning Optical Communications LLC, <br><br> Defendant. | Case No. 3:20-cv-06469-EMC <br><br> **DECLARATION OF ROSS R. BARTON IN SUPPORT OF CORNING'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

I, Ross R. Barton, make the following declaration:

1. I am an attorney licensed to practice law in the State of North Carolina and the Commonwealth of Virginia. I am a Partner in the law firm of Alston & Bird LLP and counsel for Defendant Corning Optical Communications LLC ("Corning"). I am over 18 years of age and am competent to testify as to the matters set forth herein. I make the following statement based on my own personal knowledge, unless expressly stated otherwise.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Dali's September 20, 2021 Second Amended Complaint filed in this Action. The yellow highlights denote the allegations Dali added in its Second Amended Complaint following the Court granting Corning's Motion for Judgment on the Pleadings, with leave to amend.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the February 1, 2022 Order (Public Version) in *Dali Wireless, Inc. v. Corning, Inc. et al.*, Case No. 6:20-cv-01108-ADA, where Judge Albright denied Dali's Motion for Leave to File a First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2022.

                                               */s/ Ross R. Barton*
                                               Ross R. Barton