## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## ZOOM CIVIL MINUTE ORDER

| **Case No.:** 20-cv-06469-EMC (JCS) | **Case Name:** Dali Wireless, Inc. v. Corning Optical Communications LLC | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: March 4, 2022 | **Time:** 10 M |

**Attorney for Plaintiff:** Stefan Szpajda
**Attorney for Defendant:** Mike Newton, Yuri Mikulka, Ross Barton

| **Deputy Clerk:** Karen Hom | **Court Reporter:** Zoom Webinar Time: 2:35-2:45 |
|---|---|

### ZOOM WEBINAR PROCEEDINGS

1. Discovery Hearing re: Joint Discovery Letter [dkt 125] - DENIED

### ORDERED AFTER HEARING

Oral arguments were heard. The discovery disputes in the Joint Letter are DENIED.