1  FOLIO LAW GROUP PLLC
   Cristofer I. Leffler (SBN 208129)
2  cris.leffler@foliolaw.com
   1200 Westlake Ave. N., Suite 809
3  Seattle, WA 98109
4  Tel: (206) 880-1802

5  *Attorneys for Plaintiff Dali Wireless Inc.*

6  *Additional Counsel listed below signature line*

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DALI WIRELESS, INC., | Case No: 3:20-cv-06469-EMC |
| Plaintiff, | |
| v. | **DALI WIRELESS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| CORNING OPTICAL COMMUNICATIONS LLC, | |
| Defendant. | |

Pursuant to Civil Local Rules 7-11(a) and 79-5(f), Plaintiff Dali Wireless, Inc. ("Dali") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Dali's Opposition to Defendant's Renewed Motion and Motion for Judgment on the Pleadings of No Willful Infringement ("Dali's Opposition").

Certain portions of Dali's Opposition and certain documents filed as exhibits to the Szpajda Decl.[1] in support thereof contain information that Defendant Corning Optical Communications, LLC ("Corning") has designated CONFIDENTIAL or CONFIDENTIAL ATTORNEY EYES ONLY pursuant to the parties' Stipulated Protective Order ("Protective Order") entered by this Court on November 10, 2021, ECF No. 63.  Accordingly, Dali seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Dali's Opposition | Highlighted in yellow | Corning |
| Exhibit B to Szpajda Decl. | Entire document | Corning |
| Exhibit F to Szpajda Decl. | Entire document | Corning |
| Exhibit G to Szpajda Decl. | Entire document | Corning |
| Exhibit H to Szpajda Decl. | Entire document | Corning |
| Exhibit M to Szpajda Decl. | Entire document | Corning |
| Exhibit N to Szpajda Decl. | Entire document | Corning |
| Exhibit O to Szpajda Decl. | Entire document | Corning |
| Exhibit S to Szpajda Decl. | Entire document | Corning |
| Exhibit T to Szpajda Decl. | Entire document | Corning |
| Exhibit U to Szpajda Decl. | Entire document | Corning |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or

---

[1] "Szpajda Decl." refers to the Declaration of Stefan Szpajda In Support of Dali Wireless Inc.'s Opposition to Corning's Motion for Judgment on the Pleadings of No Willful Infringement, filed concurrently herewith.

non-party." L.R. 79-5(f).  Dali has redacted the yellow-highlighted portions of its Opposition under seal only because Corning has designated the information contained therein CONFIDENTIAL and/or CONFIDENTIAL ATTORNEY EYES ONLY under the Stipulated Protective Order.  Additionally, the exhibits to the Szpajda Decl. listed above were designated by Corning as containing CONFIDENTIAL and/or CONFIDENTIAL ATTORNEY EYES ONLY information under the Stipulated Protective Order.  Dali takes no position on the merits of sealing Corning's designated material and expects Corning to file one or more declarations in accordance with Local Rule 79-5(f)(3).

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  In accordance with Local Rule 79-5(c)(3), Dali has also filed a Proposed Order herewith.

Dated: March 9, 2022

/s/ *Stefan Szpajda*
**FOLIO LAW GROUP PLLC**

CRISTOFER I. LEFFLER (SBN 208129)
cris.leffler@foliolaw.com
DAVID D. SCHUMANN (SBN 223936)
david.schumann@foliolaw.com
MICHAEL C. SAUNDERS (SBN 270414)
mike.saunders@foliolaw.com
CLIFF WIN, JR. (SBN 270517)
cliff.win@foliolaw.com
PALANI P. RATHINASAMY (SBN 269852)
palani@foliolaw.com
STEFAN SZPAJDA (SBN 282322)
stefan@foliolaw.com
ALDEN K. LEE (SBN 257973)
alden.lee@foliolaw.com
STEVEN SKELLEY (*Pro Hac Vice*)
steve.skelley@foliolaw.com
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
Tel: (206) 880-1802


JOSEPH M. ABRAHAM (*pro hac vice*)
joseph.abraham@foliolaw.com
13492 Research Blvd., Ste. 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201

1
2                         **BARTKO ZANKEL BUNZEL & MILLER**
3
4                         BRIAN A. E. SMITH (SBN 188147)
                        bsmith@bzbm.com
5                         JOSEPH J. FRARESSO (SBN 289228)
                        jfraresso@bzbm.com
6                         A Professional Law Corporation
                        One Embarcadero Center, Suite 800
7                         San Francisco, California 94111
                        Tel: (415) 956-1900
8                         Fax: (415) 956-1152
9                         *Attorneys for Plaintiff Dali Wireless, Inc.*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28