# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALI WIRELESS, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>CORNING OPTICAL COMMUNICATIONS LLC,<br>　　　　　Defendant. | Case No: 3:20-cv-06469-EMC<br><br>**[PROPOSED] ORDER GRANTING DALI WIRELESS INC.'S ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH DALI'S OPPOSITION TO CORNING'S MOTION FOR JUDGMENT ON THE PLEADINGS OF NO WILLFUL INFRINGEMENT**<br><br>Date:　　March 31, 2022<br>Time:　　1:30 p.m.<br>Ctrm:　　5, 17th Floor<br>Judge:　　Hon. Edward M. Chen |

Plaintiff Dali Wireless Inc. ("Dali") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Dali's Administrative Motion") in Connection with Dali's Opposition to Defendant's Renewed Motion and Motion for Judgment on the Pleadings of No Willful Infringement ("Dali's Opposition"). Having considered Dali's Administrative Motion and any responsive statement or declaration filed by Defendant Corning Optical Communications LLC ("Corning") pursuant to Civil Local Rule 79-5(f)(3), and good cause to seal having been shown, the Court **GRANTS** Dali's Administrative Motion and ORDERS sealed the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Dali's Opposition | Highlighted in Yellow | Corning |
| Exhibit B to Szpajda Declaration | Entire Document | Corning |
| Exhibit F to Szpajda Declaration | Entire Document | Corning |
| Exhibit G to Szpajda Declaration | Entire Document | Corning |
| Exhibit H to Szpajda Declaration | Entire Document | Corning |
| Exhibit M to Szpajda Declaration | Entire Document | Corning |
| Exhibit N to Szpajda Declaration | Entire Document | Corning |
| Exhibit O to Szpajda Declaration | Entire Document | Corning |
| Exhibit S to Szpajda Declaration | Entire Document | Corning |
| Exhibit T to Szpajda Declaration | Entire Document | Corning |
| Exhibit U to Szpajda Declaration | Entire Document | Corning |

**IT IS SO ORDERED.**

Dated: _____, 2022

HON. EDWARD M. CHEN
United States District Court Judge