| | |
|---|---|
| FOLIO LAW GROUP PLLC<br>Cristofer I. Leffler (SBN 208129)<br>cris.leffler@foliolaw.com<br>1200 Westlake Ave. N., Suite 809<br>Seattle, WA 98109<br>Tel: (206) 880-1802<br><br>*Attorney for Plaintiff Dali Wireless Inc.*<br><br>(Additional Counsel for Plaintiff<br>listed below signature line) | ALSTON & BIRD LLP<br>Michael J. Newton (SBN 156225)<br>mike.newton@alston.com<br>1950 University Avenue, Suite 430<br>Palo Alto, CA 94303<br>Tel: (650) 838-2121<br>Fax: (650) 838-2001<br><br>*Attorney for Defendant Corning Optical Communications LLC*<br><br>(Additional Counsel for Defendant<br>listed below signature line) |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALI WIRELESS, INC.,<br>            Plaintiff,<br>   v.<br>CORNING OPTICAL COMMUNICATIONS LLC,<br>            Defendant. | Case No: 3:20-cv-06469-EMC<br><br>**JOINT NOTICE OF MOTION AND MOTION TO FURTHER EXTEND DEADLINE TO MOVE TO COMPEL RESPONSES TO FACT DISCOVERY** |

**I.     NOTICE OF MOTION AND MOTION FOR CASE MANAGEMENT SCHEDULE**

Plaintiff Dali Wireless, Inc. ("Dali") and Defendant Corning Optical Communications, LLC ("Corning") hereby jointly move under Civil L.R. 7-11 for and Civil L.R. 16-2(d) for a brief extension of the deadline to move to compel fact discovery as follows. The parties acknowledge that they have read and understand the Court's Civil Standing Order on Discovery, in particular the procedure laid out in Section 4 thereof. The parties are not presently aware of any need to file a motion to compel, but to avoid prejudice arising from the need to schedule certain depositions after the close of fact discovery, the parties respectfully request a brief extension on the deadline to file a motion to compel without otherwise moving the close of fact discovery.

Fact discovery closed on November 22, 2021. *See* ECF No. 108. Under Civil L.R. 37-3, where—as here—"the Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off, and no motions to compel expert discovery may be filed more than 7 days after the expert discovery cut-off." The Court previously moved the deadline to file motions to compel fact discovery to December 21, 2021; January 21, 2022; February 21, 2022; and March 18, 2022. *See* ECF Nos. 118, 120, 122, and 126.

The parties respectfully request that the Court allow the parties until April 22, 2022, to file a motion to compel fact discovery, if such motion proves to be necessary, only arising from or relating to the pending depositions and discovery issues that are the subject of currently pending meet and confer between the parties. The following are the only pending depositions of Corning employees: Gajen Mahendran, Syed N. Ahmad.[1] Mr. Mahendran is scheduled to be deposed on April 8, 2022, and Mr. Ahmad is scheduled to be deposed on April 14, 2022. Good cause exists for the parties' request because, to accommodate the availability of various fact witnesses and to allow Corning time to fully comply with its document production obligations, the parties have mutually agreed to schedule fact depositions after the close of fact discovery, and at least two depositions remain to be taken. Because the two remaining Corning witnesses who have yet to have their depositions taken are Rule 30(b)(6) witnesses, and to

---

[1] In addition, Dali has served third party subpoenas on Verizon and AT&T, and has met and conferred with Corning regarding the potential need to depose Verizon and AT&T corporate witnesses to the extent Mr. Mahendran's and Mr. Ahmad's deposition testimony fails to resolve certain inconsistencies that Dali believes exist in the present record.

preserve the parties' ability to seek documents identified in connection with forthcoming depositions, the parties jointly submit this request for a brief extension on the deadline to file a motion to compel without otherwise moving the close of fact discovery.

## II.     CONCLUSION

The parties respectfully request that the Court enter an order extending the deadline to move to compel fact discovery to April 22, 2022, only arising from or relating to the pending depositions and discovery issues that are the subject of currently pending meet and confer between the parties.

Dated: March 17, 2022

By: s/*Stefan Szpajda*

**FOLIO LAW GROUP PLLC**
CRISTOFER I. LEFFLER (SBN 208129)
cris.leffler@foliolaw.com
DAVID D. SCHUMANN (SBN 223936)
david.schumann@foliolaw.com
MICHAEL C. SAUNDERS (SBN 270414)
mike.saunders@foliolaw.com
CLIFF WIN, JR. (SBN 270517)
cliff.win@foliolaw.com
PALANI P. RATHINASAMY (SBN 269852)
palani@foliolaw.com
STEFAN SZPAJDA (SBN 282322)
stefan@foliolaw.com
STEVEN SKELLEY (*Pro Hac Vice*)
steve.skelley@foliolaw.com
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
Tel: (206) 880-1802

JOSEPH M. ABRAHAM (*pro hac vice*)
joseph.abraham@foliolaw.com
13492 Research Blvd., Ste. 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201

**BARTKO ZANKEL BUNZEL & MILLER**

BRIAN A. E. SMITH (SBN 188147)
bsmith@bzbm.com

By: s/*Caleb Bean*

**ALSTON & BIRD LLP**
MICHAEL J. NEWTON (SBN 156225)
mike.newton@alston.com
KATHERINE RUBSCHLAGER (SBN 328100)
katherine.rubschlager@alston.com
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 838-2000
Fax: (650) 838-2001

YURI MIKULKA (SBN 185926)
yuri.mikulka@alston.com
CALEB BEAN (SBN 299751)
caleb.bean@alston.com
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Tel: (213) 576-1000
Fax: (213) 576-1100

ROSS R. BARTON (*Pro Hac Vice*)
ross.barton@alston.com
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Fax: (704) 444-1111

| | |
|---|---|
| ALDEN K. LEE (SBN 257973)<br>alee@bzbm.com<br>JOSEPH J. FRARESSO (SBN 289228)<br>jfraresso@bzbm.com<br>A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Tel: (415) 956-1900<br>Fax: (415) 956-1152<br><br>*Attorneys for Plaintiff Dali Wireless, Inc.* | *Attorneys for Defendant Corning Optical Communications LLC* |