| | |
|---|---|
| FOLIO LAW GROUP PLLC<br>Cristofer I. Leffler (SBN 208129)<br>cris.leffler@foliolaw.com<br>1200 Westlake Ave. N., Suite 809<br>Seattle, WA 98109<br>Tel: (206) 880-1802<br><br>*Attorney for Plaintiff Dali Wireless Inc.*<br><br>(Additional Counsel for Plaintiff listed below signature line) | ALSTON & BIRD LLP<br>Michael J. Newton (SBN 156225)<br>mike.newton@alston.com<br>1950 University Avenue, Suite 430<br>Palo Alto, CA 94303<br>Tel: (650) 838-2121<br>Fax: (650) 838-2001<br><br>*Attorney for Defendant Corning Optical Communications LLC*<br><br>(Additional Counsel for Defendant listed below signature line) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALI WIRELESS, INC.,<br>             Plaintiff,<br>     v.<br>CORNING OPTICAL COMMUNICATIONS LLC,<br>             Defendant. | Case No: 3:20-cv-06469-EMC<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO MOVE TO COMPEL FACT DISCOVERY** |

**[PROPOSED] ORDER**

This matter came before the Court on the parties' Joint Notice of Motion and Motion to Further Extend the Motion to Compel Fact Discovery Deadline ("Joint Motion") pursuant to Civ. L.R. 7-11 and Civil L.R. 16-2(d).

Having considered the Joint Motion and supporting documents, this Court:

FINDS good cause exists to move the deadline to compel fact discovery to April 22, 2022.

GRANTS the Joint Motion; and

HEREBY ORDERS the Deadline to Move to Compel Fact Discovery to April 22, 2022.

IT IS SO ORDERED.

Date: _____         _____
                              The Honorable Edward M. Chen