1  FOLIO LAW GROUP PLLC
2  Cristofer I. Leffler (SBN 208129)
   cris.leffler@foliolaw.com
3  1200 Westlake Ave. N., Suite 809
   Seattle, WA 98109
4  Tel: (206) 880-1802

5  *Attorneys for Plaintiff Dali Wireless Inc.*

6  *Additional Counsel listed below signature line*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  DALI WIRELESS, INC.,                       Case No: 3:20-cv-06469-EMC

12                    Plaintiff,

13       v.                                    **DALI WIRELESS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
14  CORNING OPTICAL COMMUNICATIONS
    LLC,
15
                      Defendant.
16

17

18

Pursuant to Civil Local Rules 7-11(a) and 79-5(f), Plaintiff Dali Wireless, Inc. ("Dali") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Dali's Opposition to Defendant Corning Optical Communications, LLC's ("Corning") Notice of Combined Motion to Strike and Motion to Dismiss Dali's Willful Infringement Allegations ("Dali's Opposition").

Certain portions of Dali's Opposition contain information that Corning has designated CONFIDENTIAL or CONFIDENTIAL ATTORNEY EYES ONLY pursuant to the parties' Stipulated Protective Order ("Protective Order") entered by this Court on November 10, 2021, ECF No. 63.

Accordingly, Dali seeks to file under seal the documents and information as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Dali's Opposition | Highlighted in yellow | Corning |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Dali has made a good faith effort to identify with yellow highlighting what it believes remains Corning's CONFIDENTIAL and/or CONFIDENTIAL ATTORNEY EYES ONLY information in light of public disclosures by Corning and this Court of certain previously sealed details. Nonetheless, out of an abundance of caution, Dali has filed its entire Opposition under seal to give Corning an opportunity to review Dali's Opposition and, if necessary, identify any additional portions of the Opposition that Corning contends contains its protectable confidential information. If Corning believes additional portions of Dali's Opposition contain its CONFIDENTIAL and/or CONFIDENTIAL ATTORNEY EYES ONLY information, Corning can so identify it for the Court and justify its sealing. At this point, Dali takes no position on the merits of sealing Corning's designated material (including the highlighted portions) and expects Corning to file one or more declarations in accordance with Local Rule 79-5(f)(3). Further, Dali is amenable to filing a public, more narrowly redacted Opposition when Corning has had an opportunity to review and confer with Dali on the matter.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. In accordance with Local Rule 79-5(c)(3), Dali has also filed a Proposed Order herewith.

Dated: July 1, 2022                     /s/ *Stefan Szpajda*
                                        **FOLIO LAW GROUP PLLC**

                                        CRISTOFER I. LEFFLER (SBN 208129)
                                        cris.leffler@foliolaw.com
                                        DAVID D. SCHUMANN (SBN 223936)
                                        david.schumann@foliolaw.com
                                        MICHAEL C. SAUNDERS (SBN 270414)
                                        mike.saunders@foliolaw.com
                                        CLIFF WIN, JR. (SBN 270517)
                                        cliff.win@foliolaw.com
                                        PALANI P. RATHINASAMY (SBN 269852)
                                        palani@foliolaw.com
                                        STEFAN SZPAJDA (SBN 282322)
                                        stefan@foliolaw.com
                                        ALDEN K. LEE (SBN 257973)
                                        alden.lee@foliolaw.com
                                        STEVEN SKELLEY (*Pro Hac Vice*)
                                        steve.skelley@foliolaw.com
                                        1200 Westlake Ave. N., Suite 809
                                        Seattle, WA 98109
                                        Tel: (206) 880-1802

                                        JOSEPH M. ABRAHAM (*pro hac vice*)
                                        joseph.abraham@foliolaw.com
                                        13492 Research Blvd., Ste. 120, No. 177
                                        Austin, TX 78750
                                        Tel: (737) 234-0201

                                        **BARTKO ZANKEL BUNZEL & MILLER**

                                        BRIAN A. E. SMITH (SBN 188147)
                                        bsmith@bzbm.com
                                        JOSEPH J. FRARESSO (SBN 289228)
                                        jfraresso@bzbm.com
                                        A Professional Law Corporation
                                        One Embarcadero Center, Suite 800
                                        San Francisco, California 94111
                                        Tel: (415) 956-1900
                                        Fax: (415) 956-1152

                                        *Attorneys for Plaintiff Dali Wireless, Inc.*