UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALI WIRELESS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CORNING OPTICAL COMMUNICATIONS LLC,<br><br>    Defendant. | Case No: 3:20-cv-06469-EMC<br><br>[PROPOSED] ORDER GRANTING DALI WIRELESS INC.'S ADMINSTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION DALI'S OPPOSITION TO DEFENDANT CORNING OPTICAL COMMUNICATIONS, LLC'S NOTICE OF COMBINED MOTION TO STRIKE AND MOTION TO DISMISS DALI'S WILLFUL INFRINGEMENT ALLEGATIONS |

Plaintiff Dali Wireless Inc. ("Dali") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Dali's Administrative Motion") in Connection with Dali's Opposition to Defendant Corning Optical Communications, LLC's ("Corning") Notice of Combined Motion to Strike and Motion to Dismiss Dali's Willful Infringement Allegations ("Dali's Opposition"). Having considered Dali's Administrative Motion and any responsive statement or declaration filed by Defendant Corning pursuant to Civil Local Rule 79-5(f)(3), and good cause to seal having been shown, the Court **GRANTS** Dali's Administrative Motion and ORDERS sealed the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Dali's Opposition | Highlighted in Yellow | Corning |

**IT IS SO ORDERED.**

Dated: __August 10__, 2022

HON. EDWARD M. CHEN
United States District Court Judge